UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHANDA SPEARS CRAIN** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 05-0183** |
| **JOHNNIE JONES, WARDEN** | * | **SECTION: "J"(5)** |

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Shanda Spears Crain for issuance of a writ of habeas corpus under 28 U.S.C. §2254, is hereby **DENIED WITH PREJUDICE.**

New Orleans, Louisiana, this  22nd  day of August, 2006.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE