FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 11 P 3:59

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHANDA SPEARS CRAIN #376963     CIVIL ACTION

VERSUS     NO. 05-183

JOHNNIE JONES WARDEN     SECTION "J" (5)

## CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirement of FRAP 22(b), hereby orders that:

☐ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____
_____

☒ a certificate of appealability shall not be issued for the following reason(s):
Petitioner has not made a substantial showing of the denial of a constitutional right. Reasonable jurists would not differ or debate whether the petitioner had filed in a timely manner.

Date: 9/08/2006

UNITED STATES DISTRICT JUDGE